IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

IN RE BARD IVC FILTERS
PRODUCTS LIABILITY LITIGATION

No. 2:15-MD-02641DGC

**SECOND AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL**

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

1.　Plaintiff/Deceased Party:

　Charles Ballew _____

2.　Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

　N/A _____

3.　Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

　N/A _____

4.　Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

　Arkansas _____

5.  Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

Arkansas

6.  Plaintiff's current state(s) [if more than one Plaintiff] of residence:

Arkansas

7.  District Court and Division in which venue would be proper absent direct filing:

United States District Court for the Eastern District of Arkansas

8.  Defendants (check Defendants against whom Complaint is made):

X    C.R. Bard Inc.

X    Bard Peripheral Vascular, Inc.

9.  Basis of Jurisdiction:

X    Diversity of Citizenship

☐    Other: _____

a.  Other allegations of jurisdiction and venue not expressed in Master Complaint:

_____

_____

_____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

☐    Recovery® Vena Cava Filter

☐    G2® Vena Cava Filter

☐    G2® Express (G2®X) Vena Cava Filter

X    Eclipse® Vena Cava Filter

☐    Meridian® Vena Cava Filter

☐    Denali® Vena Cava Filter

☐    Other: _____

11.    Date of Implantation as to each product:

   August 24, 2011 _____

   _____

12.    Counts in the Master Complaint brought by Plaintiff(s):

   X    Count I:      Strict Products Liability – Manufacturing Defect

   X    Count II:     Strict Products Liability – Information Defect (Failure to

        Warn)

   X    Count III:    Strict Products Liability – Design Defect

   X    Count IV:    Negligence - Design

   X    Count V:     Negligence - Manufacture

   X    Count VI:    Negligence – Failure to Recall/Retrofit

   X    Count VII:   Negligence – Failure to Warn

   X    Count VIII:  Negligent Misrepresentation

   X    Count IX:    Negligence Per Se

   X    Count X:     Breach of Express Warranty

   X    Count XI:    Breach of Implied Warranty

   X    Count XII:   Fraudulent Misrepresentation

X     Count XIII:   Fraudulent Concealment

X     Count XIV:   Violations of Applicable <u>Arkansas</u> (insert state)

Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade

Practices

□     Count XV:    Loss of Consortium

□     Count XVI:   Wrongful Death

□     Count XVII:  Survival

X     Punitive Damages

□     Other(s):     _____ (please state the facts supporting

this Count in the space immediately below)

_____

_____

_____

_____

_____

13.     Jury Trial demanded for all issues so triable?

X     Yes

□     No

RESPECTFULLY SUBMITTED this 20th day of June, 2018.

TAUTFEST BOND, PLLC

By: _/s/ Monte Bond_____
    Monte Bond
    Texas Bar No. 02585625
    5151 Belt Line Road
    Suite 1000
    Dallas, TX 75254
    Phone: (214) 617-9980
    Fax: (214) 853-4281

By: /s/ Jessica Glitz_____
    Jessica Glitz
    Texas Bar No. 24076095
    5151 Belt Line Road
    Suite 1000
    Dallas, Texas 75254
    Phone: (214) 617-9980
    Fax: (214) 853-4281
    Attorneys for the Plaintiff

I hereby certify that on this 20th day of June, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ Monte Bond*

*/s/ Jessica Glitz*